THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| B.M., by and through Jessica S., his guardian,<br><br>Plaintiff,<br>v.<br><br>SNOHOMISH PUBLIC SHOOL DISTRICT,<br><br>Defendant. | CASE NO. C17-0564-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' cross-motions for summary judgment (Dkt. Nos. 13, 16) and related opposition papers (Dkt. Nos. 22, 25). Defendant, in opposing Plaintiff's motion for summary judgment, notes that the Office of the Superintendent of Public Instruction recently issued updated guidelines regarding the care of students with diabetes. (Dkt. No. 22 at 1–3) (citing Dkt. Nos. 23-2 at 43, 47, 78). Defendant indicates that, in response to these updated guidelines, it is likely to make policy changes that could moot this matter. (*Id.*) Defendant seeks a four week stay to review the updated guidelines and adopt policies consistent with the updates. (*Id.*)

Finding good cause, the Court CONTINUES the briefing and noting dates on all outstanding motions in this matter for four weeks. Accordingly, the Clerk is DIRECTED to re-

1 note the parties' cross-motions for summary judgment and Defendant's motion for a continuance
2 (Dkt. Nos. 13, 16, 20) to August 24, 2018. Also continued are the due date(s) for the parties'
3 unfiled summary judgment reply briefs, as well as the briefs in response and reply to Defendant's
4 motion to continue.

DATED this 24th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk