THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.M., by and through Jessica S., his guardian,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SNOHOMISH PUBLIC SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | CASE NO. C17-0564-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to strike the trial date (Dkt. No. 27). The Court understands that the case may now be moot, but that the parties require additional time to address the details of B.M.'s care before seeking a dismissal of this matter. (Dkt. No. 28.) The parties' motion (Dkt. No. 27) is GRANTED. The Court ORDERS as follows:

- The October 15, 2018 trial date is STRICKEN.
- The parties are ORDERED to provide a joint status report no later than October 19, 2018.
- The Clerk is DIRECTED to terminate Defendant's motion to continue the trial (Dkt. No. 20) and to re-note the hearing date on the parties' cross-motions for summary judgment (Dkt Nos. 13, 16) to October 26, 2018. The remaining briefing for the

MINUTE ORDER C17-0564-JCC
PAGE - 1

1 parties' cross-motions is similarly continued.

3 DATED this 20th day of August 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C17-0564-JCC
PAGE - 2