THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.M., by and through Jessica S., his guardian,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>SNOHOMISH PUBLIC SCHOOL DISTRICT,<br><br>　　　　　　　　Defendant. | CASE NO. C17-0564-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

　　　　DATED this 9th day of October 2018

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk